MICHAEL T. CARLSON, ESQ., SBN 184674
JOHN F. GEARY, ESQ., SBN 137777
MATTHEW K. GOOD, ESQ., SBN 226962
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California   95404
Telephone:  707/545-1660
Facsimile:   707/545-1876

Attorneys for Plaintiff
JAMES VANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES VANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL SEATING & MOBILITY, INC., MARK PATTEN, CRYSTAL NOONE and MICHAEL NOONE, Individually and in their capacities as employees of NATIONAL SEATING & MOBILITY, INC., and DOES 1-50, Inclusive,<br><br>　　　　Defendants. | CASE NO.:  C 13-05269 TEH<br><br>**NOTICE OF SETTLEMENT** |

## **NOTICE OF SETTLEMENT**

The parties to the above-entitled action have reached a settlement of all claims and causes of action set forth in this action by Plaintiff James Vang.  A Stipulation for Dismissal of the case under FRCP 41(a)(1) will be filed by the parties within the next sixty (60) days.

///

///

///

- 1 -
**

DATED: June 27, 2014          GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By:  /s/ *Michael T. Carlson*
     _____
     MICHAEL T. CARLSON
     Attorneys for Plaintiff
     JAMES VANG

LAW OFFICES OF
**GEARY, SHEA, O'DONNELL GRATTAN & MITCHELL P.C.**